FILED
SUPERIOR COURT
OF GUAM

2014 JUL 16 AM 8: 59

CLERK OF COURT
BY:_____

# IN THE SUPERIOR COURT
# OF GUAM

MIA-NICOLE L.G. BORJA, PAULINE )
CARMINE L.G. BORJA and HAROLD )
JOSEPH BORJA, Jr., on behalf of )
themselves and on behalf of MINORS, )
A.T.L.B. and H.A.L.G.B., )
                                 )
              Plaintiffs, )
                                 )
       vs.                      )
                                 )
ANGELA FLORES, )
                                 )
             Defendant. )

Civil Case No. CV1419-13

**DECISION AND ORDER**

Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, Defendant's motion to withdraw was taken under advisement by the Honorable Judge Michael J. Bordallo on July 9, 2014. Defendant is represented by attorney John C. Terlaje. Plaintiff is represented by attorney Darleen E. Hiton. After having carefully considered, received, and reviewed the arguments, papers, and the file herein, the Court grants Mr. Terlaje's motion.

This case arises out of Plaintiffs' November 13, 2013, Complaint for Temporary and Permanent Injunction. On June 5, 2014, attorney Terlaje filed a request to withdraw as the named legal counsel of record for the Defendant in this matter. In support of his request Mr. Terlaje asserts his client has relocated off island and that he has, despite numerous efforts, been unable to contact her.

Plaintiffs have filed no papers in opposition to Mr. Terlaje's request.

The Court finds that Mr. Terlaje has asserted sufficient undisputed facts to support an order allowing his withdrawal.

ORIGINAL

Based on the foregoing, the Defendant's motion to withdraw is GRANTED. Further proceedings shall be set in this matter on _____*Aug.*_____, _____*4ᵀᴴ*_____, 2014, at ___*9*___ _*a*_ m.

SO ORDERED, this _*16ᵗʰ*_ day of _____*July*_____ 2014.

<br>

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of: *JOHN TERLAJE*
*DARLEEN HILTON*
Date: *2/16/14* Time: *915*

Deputy Clerk, Superior Court of Guam